No. 619. EL PUEBLO, APELADO, *v.* RIVERA APELANTE.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en octubre 10, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———

No. 1036. THE FAJARDO SUGAR CO., DEMANDANTE Y APELANTE, *v.* SANTIAGO ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación. Resuelto en octubre 10, 1913. Desestimada la apelación por no haberse radicado la transcripción del récord dentro de los 30 días que marca la ley, no siendo suficiente la excusa alegada de hallarse pendiente una apelación contra la negativa del juez de la corte inferior a admitir la exposición del caso. Abogado del apelante: *Sr. Luis Muñoz Morales.* Abogados de los apelados: *Sres. José E. Benedicto y Celestino Iriarte, Jr.*

———

No. 1027. SUCESIÓN TEXERA, DEMANDANTE Y APELANTE *v.* AGUAYO, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de Ponce. Moción de la parte apelante desistiendo de la apelación. Resuelto en octubre 15, 1913. Con lugar la moción. Abogado del apelante: *Sr. Rafael Palacios Rodríguez.* Abogado del apelado: *Sr. José A. Poventud.*